UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
STINSON LLC, OY,

                Plaintiff,

   - against -

FISHERMAN STAR LTD.,

                Defendant.
-----------------------------------------------------------X

07 CIV 8613

ECF CASE

RECEIVED OCT 0 4 2007 U.S.D.C. S.D.N.Y. CASHIERS

JUDGE BAER

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

                NONE.

Dated: October 4, 2007
       New York, NY

                The Plaintiff,
                STINSON LLC, OY

                By: _____
                Charles E. Murphy (CM 2125)
                LENNON, MURPHY & LENNON, LLC
                The Gray Bar Building
                420 Lexington Ave., Suite 300
                New York, NY 10170
                (212) 490-6050
                facsimile (212) 490-6070
                cem@lenmur.com