CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ  07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | | |
|---|---|---|
| STINSON LLC, OY, | : | |
| | : | |
| Plaintiff, | : | **07-CV-8613** |
| | : | |
| v. | : | **NOTICE OF** |
| | : | **APPEARANCE** |
| FISHERMAN STAR LTD., | : | |
| | : | |
| Defendant. | : | |

---------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch.  I certify that I am admitted to practice before this Honorable Court.

Dated:  North Bergen, New Jersey
        October 17, 2007

                    CLARK, ATCHESON & REISERT
                    Attorneys for Garnishee
                    Societe Generale New York Branch

              By:  _____
                    Richard J. Reisert (RR-7118)
                    7800 River Road
                    North Bergen, NJ  07047
                    Tel: (201) 537-1200
                    Fax: (201) 537-1201
                    Email:  reisert@navlaw.com