ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/07

NOV 30 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STINSON LLC, OY,

                Plaintiff,

  - against -

FISHERMAN STAR LTD.,

                Defendant.
------------------------------------------------------------X

ECF CASE

07 CIV 8613 (HB)

## NOTICE OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from the Defendant that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

The case has settled and, therefore, the attachment is hereby vacated and all garnishee banks are directed to immediately release all funds attached pursuant to the Ex-Parte Order of Maritime Attachment issued herein.

Dated: November 27, 2007
       New York, NY

                            The Plaintiff,
                            STINSON LLC, OY,

                            By: _____
                            Charles E. Murphy (CM 2125)
                            LENNON, MURPHY & LENNON, LLC
                            The Gray Bar Building
                            420 Lexington Ave., Suite 300
                            New York, NY 10170
                            (212) 490-6050
                            facsimile (212) 490-6070
                            cem@lenmur.com

SO ORDERED.
_____
Harold Baer, Jr., U.S.D.J.
Date: 11/28/07

U.S.D.J.